| | |
|---|---|
| CORASH & HOLLENDER, P.C.<br>Attorneys for Defendants<br>Alan Drezin and Nissim Ochana<br>The Corporate Park of Staten Island<br>1200 South Avenue, Suite 201<br>Staten Island, NY, 10314<br>Tel.: (718) 442-4424<br>info@silawfirm.com<br>Paul Hollender, Esq. | |
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | |
| In Re:<br>    Ayala Ochana<br>            *Debtor* | Chapter 7<br> Involuntary<br><br>Case No. 24-44862-jmm |
| Shlomo Ofergan<br>        Plaintiff<br>   v.<br>Alan Drezin, and Nisim Ochana,<br>        Defendants | Adversary Case No. 25-01006-jmm |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF ALL PAPERS

Please take notice that, Corash & Hollender, P.C., by Paul Hollender, Esq., gives notice of its appearance as counsel for the Defendants in the above captioned case, and demands, pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, that all notice given or required to be served in this case be given to and served upon the following:

CORASH & HOLLENDER, P.C.
PAUL HOLLENDER, ESQ.
1200 SOUTH AVENUE, SUITE 201
THE CORPORATE PARK OF STATEN ISLAND
STATEN ISLAND, NEW YORK 10314
TEL: 718-442-4424
FAX: 718-273-4847
E-MAIL: info@silawfirm.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes a demand not only for the notices and papers referred to in the rules specified above but also includes, without limitation, a demand for any and all orders and notices of any application, motion, petition, pleading, request, complaint or demand, hearing, answering or reply papers, memoranda and briefs in support of any of the foregoing, disclosure statements, plans of reorganization, or any other documents brought before this Court with respect to this case, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, facsimile, electronic transmission or otherwise, which affects the debtor. The Clerk of the Court is requested to place the name and addresses of counsel as set forth in this Notice on any Master Service List in this case.

Defendants consent to determination of this matter by the Bankruptcy Court, as automatically referred by the District Court; however reserves the right to assert that jurisdiction lies solely with Supreme Court Kings County in equitable distribution proceeding under index No. 51345/2020 Ayalla Ochana v Nissim Ochana

|  |  |
|---|---|
| Dated: Staten Island, N.Y.<br>February 19, 2025 | Corash & Hollender, P.C.<br>Attorneys for Defendants<br><br>By: */s/ Paul Hollender*<br>    Paul Hollender, Esq.<br>The Corporate Park of Staten Island<br>1200 South Avenue, Suite 201<br>Staten Island, N.Y. 10314<br>Tel 718-442-4424<br>Email info@silawfirm.com |